UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MONDIGO, et al.<br><br>Plaintiffs,<br><br>v.<br><br>EPSON AMERICA, INC.<br><br>Defendant. | Case No.:  19cv2009-LAB (BGS)<br><br>**ORDER OF DISMISSAL** |

Plaintiffs have filed a notice of dismissal. Although Defendant has appeared, it has not answered or filed a motion for summary judgment.  Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated:  February 14, 2020

*Larry A. Burns*
Honorable Larry Alan Burns
Chief United States District Judge